## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE: ETHICON, INC.
      PELVIC REPAIR SYSTEM                        MDL NO. 2327
      PRODUCTS LIABILITY LITIGATION

---

THIS DOCUMENT RELATES TO:
*Sobie et al. v. Ethicon, Inc. et al.,*                    2:12-cv-4789

### ORDER

      Pending before the court is the plaintiff's Motion to Reinstate [ECF No. 35]. By Inactive Docket Order, I retired this case from the active docket and stated that I would reinstate the case to the active docket only upon a showing of good cause [ECF No. 32].  For good cause shown, it is **ORDERED** that the Motion is **GRANTED**.

      The Clerk is **DIRECTED** to remove the inactive docket flag, reinstate this case to the active docket, and send a copy of this Order to counsel of record and any unrepresented party.

                  ENTER:  July 25, 2018

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE